UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHELLI B. WICKLUND,

       Plaintiff,                              Civil No. 06-6210-AS

       v.                                     ORDER

MICHAEL J. ASTRUE,

       Defendant.

HAGGERTY, Chief Judge:

      Magistrate Judge Ashmanskas has issued a Findings and Recommendation [21] in this action. The Magistrate Judge recommended that the Commissioner's final decision should be affirmed and the case should be dismissed. No objections were filed, and the case was referred to me.

      The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear

1 - ORDER

error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [21] is adopted and this case is dismissed.

IT IS SO ORDERED.

Dated this   12   day of June, 2007.


                                             /s/ Ancer L. Haggerty
                                               Ancer L. Haggerty
                                       United States District Judge